# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0166
Lower Tribunal No. 18-12194
_____

**Paulo Cesar Mantegazza Pomelli, et al.,**
Appellants,

vs.

**Paola Mantegazza Pomelli,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

The Strategic Legal Group, PLLC, and Carl D. Berry (Boca Raton), for appellants.

The Alderman Law Firm, and Amy Steele Donner; Nelson Mullins, and Kimberly J. Freedman and Erin K. Kolmansberger, for appellee.

Before LOGUE, C.J., and SCALES and LINDSEY, JJ.

PER CURIAM.

Appellants challenge a December 30, 2022 final judgment, along with a January 4, 2023 order denying rehearing of the final judgment. Consistent with orders rendered in a Brazilian divorce proceeding, the final judgment disbursed assets in Florida held by various Florida limited liability companies owned by PMP Holding, Ltd., a British Virgin Islands company that is owned by the former husband and former wife.[1] Also, in paragraph 10 of the challenged judgment, the trial court expressly preserved an October 11, 2019 writ of bodily attachment that the trial court issued after the former husband failed to attend a hearing at which the former husband was to show cause as to why the former husband violated a prior court order.

We affirm the final judgment in all respects, except that we quash paragraph 10 of the final judgment because it has been mooted by our affirmance of the final judgment. See, e.g., Oliver v. Stone, 940 So. 2d 526, 529 (Fla. 2d DCA 2006) ("All interlocutory proceedings . . . are merged into and disposed of by the final judgment.").

Affirmed in part; quashed in part.

---

[1] The former husband is appellant Paulo Cesar Mantegazza Pomelli and the former wife is appellee Paola Cesar Mantegazza Pomelli.